IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-004368-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.    HOWARD THOMAS HIGGINS,

        Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's waiver of indictment, and the Court finding that Defendant's waiver has been made freely and voluntarily:

IT IS HEREBY ORDERED that Defendant's waiver of the right to prosecution by indictment is accepted and the case will proceed on the information that has been filed.

DATED and ENTERED this 1st day of March, 2007.

BY THE COURT:

Robert E. Blackburn
United States District Court Judge