PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2007

GREGORY C. LANGHAM
CLERK

United States of America       )
                               )
vs                             )
                               )
Howard Thomas Higgins          )     Case No. 06-cr-00368-REB

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Howard Thomas Higgins, have discussed with Carrie Kent, Probation Officer, modification of my release as follows:

Maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/21/07        _____  3-21-07
Signature of Defendant       Date           Probation Officer            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  _____
Signature of Defense Counsel                Date

_____                  _____
Signature of Assistant U.S. Attorney        Date

[✓]   The above modification of conditions of release is ordered, to be effective on _____.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____  3/22/07
Signature of Judicial Officer    Date

RCV BY:D.G.&S; 3-21-7 ; 7:58AM ; 8090445489→ ; D.G.&S :# 2

PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

United States of America           )
                                   )
vs                                 )
                                   )
Howard Thomas Higgins              )           Case No. 06-cr-00368-REB

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Howard Thomas Higgins, have discussed with Carrie Kent, Probation Officer, modification of my release as follows:

Maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   _____   _____   _____
Signature of Defendant         Date     Probation Officer              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Thomas P. Johnson_                       _3/21/07_
Signature of Defense Counsel              Date

_____       _____
Signature of Assistant U.S. Attorney      Date

[ ]   The above modification of conditions of release is ordered, to be effective on
      _____.

[ ]   The above modification of conditions of release is _not_ ordered

_____       _____
Signature of Judicial Officer             Date

PS 42
(R/96 D/CO)

# United States District Court

## District of Colorado

United States of America )
)
vs )
)
Howard Thomas Higgins )

Case No. 05-cr-00523-REB

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Howard Thomas Higgins, have discussed with Carrie Kent, Probation Officer, modification of my release as follows:

Maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/21/07      _____  3-21-07
Signature of Defendant      Date         Probation Officer        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        _____
Signature of Defense Counsel                       Date
                                                 3-22-7
Signature of Assistant U.S. Attorney               Date

[ ]   The above modification of conditions of release is ordered, to be effective on
      _____.

[ ]   The above modification of conditions of release is not ordered.


_____        _____
Signature of Judicial Officer                      Date