UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. HOWARD THOMAS HIGGINS                Docket Number: 06-cr-00368-REB-02

**Petition on Supervised Release**

COMES NOW, Carrie Kent, probation officer of the court, presenting an official report upon the conduct and attitude of Howard Thomas Higgins, who was placed on supervision by the Honorable Robert E. Blackburn sitting in the court at Denver, Colorado, on the 18th day of May, 2007, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant, as directed by the probation department, and at his own expense, shall undergo an alcohol/substance abuse evaluation, and thereafter, at his own expense, receive any treatment, therapy, counseling, testing, or education prescribed by the evaluation, or as directed by the probation department or as ordered by the court. The defendant shall abstain from the use of alcohol or any intoxicant during the course of any such treatment, therapy, counseling, testing, or education.

2. The defendant shall not enter or remain in or on the premises of any bar, liquor store, saloon, lounge, or any other business, who as a principal business activity offers the sale and consumption of alcoholic beverages.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions of supervised release to include a special condition requiring that: The defendant shall reside in a residential re-entry center for a period of up to six months to commence as directed by the probation officer, and shall observe the rules of that facility.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 20th day of September, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Carrie Kent |
| | Carrie Kent<br>U.S. Probation Officer |
| s/ Robert E. Blackburn | |
| Robert E. Blackburn<br>U.S. District Judge | Place: Denver, Colorado |
| | Date: September 19, 2007 |

PROB 12
(02/05-D/CO)

## ATTACHMENT

On May 18, 2007, the court sentenced the defendant to serve a term of imprisonment of six months, to be followed by a three year term of supervised release. The defendant remains incarcerated in the Bureau of Prisons. His projected release date is November 15, 2007.

On July 17, 2007, the defendant submitted a proposed release plan through his Bureau of Prisons case manager which was denied by the Probation Office. The plan was denied because the owner of the home where the defendant intended to reside has multiple felony convictions and pending felony charges. Furthermore, the defendant briefly lived at the proposed residence while under pretrial bond supervision and sustained numerous violations of bond during that period. Following rejection of the defendant's proposed release plan, he agreed that temporary placement in a residential re-entry center upon his release from custody would allow him to establish a personal residence.

On September 11, 2007 and September 12, 2007, respectively, the defendant and his counsel, Thomas Johnson, executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," in which the defendant waives the right to a hearing and agrees to the proposed modification of supervised release. Assistant U.S. Attorney Robert Brown has been consulted and has no objection to the proposed modification.